**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6941**

---

In Re: COURTNEY SOLOMON MCKENZIE,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-01-184)

---

Submitted:  October 18, 2001          Decided:  October 26, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Courtney Solomon McKenzie, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Courtney Solomon McKenzie petitions this court for a writ of mandamus. We find that mandamus relief is not warranted. Mandamus is a drastic remedy, only to be granted in extraordinary circumstances. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). The party seeking mandamus relief has the heavy burden of showing that he has no other adequate avenues of relief and that his right to the relief sought is clear and indisputable. Mallard v. United States Dist. Court, 490 U.S. 296, 309 (1989). Because there are other adequate means to attain relief and because McKenzie has failed to support his claim, his right to mandamus relief is not clear and indisputable. See United States ex rel. Rahman v. Oncology Assocs. P.C., 198 F.3d 502, 511 (4th Cir. 1999). Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED